Form 9-1

UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 9
BEFORE: HON. RICHARD K. EATON

| | |
|---|---|
| VECOPLAN LLC,<br><br>                             Plaintiff,<br><br>       v.<br><br>THE UNITED STATES,<br><br>                             Defendant. | COURT NO. 20-00141 |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1.      Except as otherwise stated, the protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2.      The imported merchandise covered by the entries set forth on Schedule A, attached, consists of industrial size reduction machines that operate with a single shaft rotor with cutting inserts.

3.      The imported merchandise was classified by U.S. Customs and Border Protection as "Machines and mechanical appliances having individual functions, not specified or included elsewhere in this chapter: Other machines and mechanical appliances: Other: Other" under

Form 9-2

subheading 8479.89.94 of the Harmonized Tariff Schedule of the United States ("HTSUS") at the rate of 2.5% *ad valorem*.

4. The stipulable imported merchandise is classifiable as "[m]ixing, kneading, crushing, grinding, screening, sifting, homogenizing, emulsifying or stirring machines," under subheading 8479.82.00, HTSUS, at the duty rate of free.

5. The imported merchandise covered by the entries set forth on the attached schedule is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7. All other claims and non-stipulable entries (marked with an asterisk on Schedule A) are abandoned.

Form 9-3

8. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

By:    /S/Lawrence M. Friedman

Lawrence M. Friedman
**BARNES, RICHARDSON & COLBURN, LLP**
303 East Wacker Drive
Suite 305
Chicago IL, 60601
lfriedman@barnesrichardson.com
O: 312 297-9554
M: 847 331-5797


YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

By:    
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

MONICA P. TRIANA
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
(212) 264-9240
*Attorneys for Defendant*

Dated: April 9, 2025

Form 9-4

IT IS HEREBY ORDERED that these actions are decided, and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the stipulable entries and make refund in accordance with the stipulation of the parties set forth above.

_____
Judge Richard K. Eaton

Date: _____

Form 9-5

## SCHEDULE A TO STIPULATED JUDGMENT

Port: Baltimore, MD

| Court # | Protest # | Entry # | Line # | Description of Merchandise |
|---------|-----------|---------|--------|----------------------------|
| 20-141 | 130320100594 | 791-1954679-9* | N/A | Non-stipulable (duplicate) |
| 20-141 | 13032000596 | 791-1954997-5* | N/A | Non-stipulable (duplicate) |

\* The entries marked by an asterisk (*) are abandoned.

Form 9-6

Port: Norfolk, VA

| Court # | Protest # | Entry # | Line # | Description of Merchandise |
|---|---|---|---|---|
| 20-141 | 140119100541 | 791-1953585-9* | N/A | Non-stipulable (Untimely) |
| 20-141 | 140119100508 | 791-1952769-0* | N/A | Non-stipulable (Untimely) |
| 20-141 | 140119100507 | 791-1952575-1* | N/A | Non-stipulable (Untimely) |
| 20-141 | 140120101110 | 791-1955655-8 | 1, 2 | VAZ 1300 MXL, VAZ 1300M |
| 20-141 | 140120101111 | 791-1955659-0 | 4, 6 | VAZ 1300 M, VAZ 1300 S |
| 20-141 | 140120101101 | 791-1954828-2 | 4, 6 | VAZ 1300 MXL, VTH 65/12/2 |
| 20-141 | 140120101108 | 791-1955067-6 | 3, 4 | VAZ 1100 XL XR, VAZ 1300 MFF |
| 20-141 | 140120101126 | 791-1956494-1 | 6, 7 | VHZ 1100 XL, VHZ 1100 XL |
| 20-141 | 140120101128 | 791-1956640-9 | 1, 3 | VHZ 800, VAZ 1300 M |
| 20-141 | 140120101143 | 791-1956862-9 | 1, 2 | VAZ 1300 M, VAZ 1300 XL |

* The entries marked by an asterisk (*) are abandoned.

Form 9-7

Port: Charleston, SC

| Court # | Protest # | Entry # | Line # | Description of Merchandise |
|---|---|---|---|---|
| 20-141 | 160119100448 | 791-1563256-9 | 1 | VAZ 1100 XLXR |
| 20-141 | 160119100428 | 791-1562688-4 | 1, 2 | VAZ 1100 XL K FF, VAZ 1300 M XL |
| 20-141 | 160119101199 | 791-1953968-7 | 3, 4 | VAZ 1300 S, VTH 35/8/2 VU |
| 20-141 | 160120101262 | 791-1955053-6 | 1, 4 | VAZ 1300 MXL, VAZ 1100 XL |
| 20-141 | 160120101264 | 791-1955418-1 | 1, 2, 3, 4 | VAZ 110, VAZ 1100 XLXR, VTH 55/15/2, VH 34/75 |
| 20-141 | 160120101335 | 791-1956581-5 | 1, 5 | VHZ 1100 XL, VAZ 1300 M |

\* The entries marked by an asterisk (\*) are abandoned.

Form 9-8

Port: Los Angeles, CA

| Court # | Protest # | Entry # | Line # | Description of Merchandise |
|---|---|---|---|---|
| 20-141 | 270420108853 | 791-1956218-4* | | Non-Stipulable (Duplicate) |

\* The entries marked by an asterisk (\*) are abandoned.

Form 9-9

Port: Newark/NY

| Court # | Protest # | Entry # | Line # | Description of Merchandise |
|---|---|---|---|---|
| 20-141 | 460119106591 | 791-1953960-4* | | Non-Stipulable (Duplicate) |

\* The entries marked by an asterisk (\*) are abandoned.

Form 9-10

Port: Port Everglades, FL

| Court # | Protest # | Entry # | Line # | Description of Merchandise |
|---|---|---|---|---|
| 20-141 | 520319100192 | 791-1954509-8 | 1, 4, 6, 7 | VAZ 1100 XLXR, VAZ 80, VAZ 110, VTH 35/8/2 VU |
| 20-141 | 520320100195 | 791-1954600-5 | 1 | VEZ 2500 TT |

\* The entries marked by an asterisk (\*) are abandoned.

Form 9-11

Port: Winston-Salem, NC

| Court # | Protest # | Entry # | Line # | Description of Merchandise |
|---------|-----------|---------|--------|----------------------------|
| 20-141  | 150219100009 | 791-1563961-4* |  | Non-stipulable (Duplicate) |
| 20-141  | 150219100008 | 791-1563411-0* |  | Non-stipulable (Duplicate) |

* The entries marked by an asterisk (*) are abandoned.